IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CITY NATIONAL BANK OF WEST VIRGINIA NA, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 12-CV-1237-SMY |
| vs. | ) ) | |
| DONALD J. PORTELL, | ) ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Default judgment was entered in favor of Plaintiff City National Bank of West Virginia ("City National") and against Defendant Donald J. Portell on March 19, 2013 in the amount of $875,774.82 in damages plus post-judgment interest at a rate of $92.90407 per day accruing from February 1, 2013 (Doc. 19). As of February 21, 2020, Portell still owes $577,292.09 and $130,076.04 in post-judgment interest. Now pending before the Court is City National's Motion for Revival of Judgment (Doc. 20).

Federal Rule of Civil Procedure 69 provides that "[a] money judgment is enforced by a writ of execution" and that "proceedings supplementary to and in aid of judgment or execution must accord with the procedure of the state where the court is located." *Id*. 69(a)(1). In Illinois, a judgment expires within 7 years of entry of judgment unless it is revived. 735 ILL. COMP. STAT. § 5/12-108(a). Judgments are revived by filing a petition in the seventh year after entry of judgment which includes the original date and amount of judgment, court costs, accrued interest, and credits to the judgment, if any. *Id*. § 5/2-1602. City National's Motion is timely, sets forth the judgment amount, accrued interest, credits to the judgment, amount due and owing, and otherwise complies

with the statute.

Accordingly, the Motion is **GRANTED**.  A separate judgment setting forth the original amount of the judgment shall be entered as provided by Federal Rule of Civil Procedure 58.  Any credits to the original judgment shall be set forth by Plaintiff in supplemental proceedings or execution.  735 ILL. COMP. STAT. § 5/2-1602(d).

**IT IS SO ORDERED.**

**DATED:  April 23, 2020**

**STACI M. YANDLE**
**United States District Judge**